[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

NOV 18 2021 JF

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jamel D. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:21-CV-6176
Judge Robert M. Dow, Jr
Magistrate Judge Beth W. Jantz
PC 9 / Random

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Lake County Jail
wellpath heath Services

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

  X       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Jamell D Smith

B. List all aliases: _____

C. Prisoner identification number: L140964

D. Place of present confinement: Lake County Jail (Illinois)

E. Address: P.O Box 38 Waukegan Il 60079

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Lake county Jail

Title: Jail

Place of Employment: Lake County Jail

B. Defendant: Wellpath health Services

Title: Medical Provider in Lake county Jail

Place of Employment: Lake county Jail

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-06176 Document #: 1 Filed: 11/18/21 Page 4 of 7 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Lake county Jail is the facility that I am currently being housed in. and well path is its heath care provider.

When a facility has custody of a person it must also have custody of that persons medical needs.

I have been housed in lake county Jail since November 27th of 2018. On or about March of 2020 I began to get discomfort to the back of my head, soon after an absest growth apeared. Since the time that the growth began it has not only drastically increased in size but it has also spread first around the original growth and now it has spread to my entire head. I have asked repetedly to be seen by a speacialist in dermotology only to be denied, instead I have been experimented on with 3 difrent medications, but instead of slowing or stoping the

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

problem. I've noticed the growth to increase in size and the spread has spead up.

I have placed multiple grievenses Also to no Avail.

The lake county Jail and wellpath health services have continuesly neglected my medical needs I have explained to them that my abset grouth bleeds and that it is very uncomfortable and verry painful at times. I have now exausted all Available Administrative remedies and that is why I bring my case before this honorable court.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-06176 Document #: 1 Filed: 11/18/21 Page 6 of 7 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this honorable court to rule in my favor and grant me the medical help soght. I would also like this honorable court to grant me $50,000 dollars in pain and suffering or any other amount the court sees fit.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___Oct___ day of ___13___, 20_21_

_____

(Signature of plaintiff or plaintiffs)

*Jamell Smith*

(Print name)

Jamell D. Smith

(I.D. Number)

L# 140964

P.O. Box 38

(Address)

6     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Jamell D. Smith #L140964
P.O. Box 88
Waukegan IL, 60085-0079

1:21-CV-6176
Judge Robert M. Dow, Jr.
Magistrate Judge Beth W. Jantz
PC 9 / Random

11/18/2021-38

RECEIVED
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the U.S District Court
20019 South Dearborn Street
Chicago IL, 60604

SENT FROM A
CORRECTIONAL INSTITUTION
26839