# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jamel D. Smith (L-140964)

Plaintiff(s),

v.

Lake County Jail, et al.

Defendant(s).

Case No. 21-cv-6176
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

X    other: Failure to comply with Court Order and want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
X  decided by Judge Robert M. Dow on a motion

Date:  2/17/2022

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk